UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Bobby Lee Miles, Jr., on behalf of
himself and on behalf of all
others similarly situated,

      JURY DEMAND
Plaintiffs,     Case No.: 3:21-cv-00275

v.

ONIN STAFFING, LLC,

Defendant.
_____/

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned counsel for Bobby Lee Miles, Jr., on behalf of himself and on behalf of all others similarly situated, hereby moves for admission to appear pro hac vice in this action. I hereby certify that I am a member in good standing from the United States District Court for the Middle District of Florida. Attached is a Certificate of Good Standing from that Court.

Dated this 19th day of April, 2021.

    /s/ *Marc R. Edelman*
    **MARC R. EDELMAN, ESQ.**
    *(Pro Hac Vice Pending)*
    Fla. Bar No. 0096342
    **MORGAN & MORGAN, P.A.**
    201 N. Franklin Street, Suite 700
    Tampa, FL 33602
    Telephone: 813-223-5505
    Fax: 813-257-0572
    MEdelman@forthepeople.com

**BRIAN C. WINFREY, ESQ.**
TN Bar No. 02576
**MORGAN & MORGAN, P.A.**
810 Broadway, Suite 105
Nashville, TN 37203
Telephone: 615-928-9890
Fax: 615-928-9917
BWinfrey@forthepeople.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2021, I caused a true and correct copy of the foregoing to be filed with the clerk of court and served a copy electronically or via USPS to:

Onin Staffing, LLC
c/o CT Corporation System, Registered Agent
300 Montvue Road
Knoxville, TN 37919-5546

/s/ *Marc R. Edelman*
**MARC R. EDELMAN, ESQ.**