UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY LEE MILES, JR., on behalf of himself and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>ONIN STAFFING, LLC,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　No. 3:21-cv-00275<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Joint Notice of Class Action Settlement and Motion for Court to Retain Jurisdiction to Oversee Settlement (Doc. No. 68) is **GRANTED**. The parties shall file their motion for preliminary approval no later than thirty (30) days from the date of this Order. Defendant's motion to dismiss (Doc. No. 32) is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE