UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| BOBBY LEE MILES, JR., | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:21-cv-00275 |
| ONIN STAFFING, INC., | ) |
| Defendant. | ) |

## ORDER

The Joint Motion for Two Day Extension of Time (Doc. No. 70) is **GRANTED.** The parties shall file their Motion for Preliminary Approval of Class Settlement on **April 29, 2022.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE