IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BOBBY LEE MILES, JR. on his )
own behalf and all similarly situated, )
                              )
       PLAINTIFF(S) )
                              )
v. )
                              )    CIVIL ACTION NO. 3:21-cv-0275
                              )
ONIN STAFFING, LLC, )
                              )
       DEFENDANT. )
                              )

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in their Memorandum, Plaintiff Bobby Lee Miles, Jr., on his own behalf and on behalf of the putative class, respectfully ask the Court to certify, for settlement purposes only, the Settlement Class, grant preliminary approval of the Settlement, and to order notice and claim forms be sent to the Settlement Class. Plaintiff requests any additional relief the Court deems warranted under the circumstances.

Dated this 29th day of April, 2022.

                          */s/ Marc R. Edelman*
                          Marc R. Edelman
                          (*Pro Hac Vice* Admission)
                          Morgan & Morgan, P.A.
                          201 N. Franklin Street, Suite 700
                          Tampa, FL 33602

medelman@forthepeople.com
*Attorney for Plaintiff*

Brian C. Winfrey
TN Bar No. 02576
Morgan & Morgan, P.A.
810 Broadway, Suite 105
Nashville, TN 37203
BWinfrey@forthepeople.com
*Attorney for Plaintiff*

---

## CERTIFICATE OF SERVICE

---

I hereby certify that on April 29, 2022, I electronically filed the Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

Stephen J. Bumgarner
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
sbumgarner@maynardcooper.com

/s/ Marc R. Edelman
COUNSEL