UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY LEE MILES, JR., on behalf of himself and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 3:21-cv-00275<br>)<br>) |
| ONIN STAFFING, LLC, | )<br>) |
| Defendant. | ) |

## ORDER

The parties' Joint Motion for Extension of Schedule for Mailing of Class Notice and New Final Hearing Date (Doc. No. 78) is **GRANTED**. Accordingly, the Class Administrator shall mail the Class Notice no later than **June 21, 2022**. The hearing for final approval of settlement, originally set for December 20, 2022, is **RESET** to **December 16, 2022** at 9:00 a.m.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE