IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BOBBY LEE MILES, JR. on his )
own behalf and all similarly situated, )
)
    PLAINTIFF(S) )
)
v. )
) CIVIL ACTION NO. 3:21-cv-0275
)
ONIN STAFFING, LLC, )
)
    DEFENDANT. )
)

## PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

For the reasons set forth in their Memorandum, Plaintiff Bobby Lee Miles, Jr., on his own behalf and on behalf of the putative class, respectfully asks the Court to grant final approval of the Settlement.

Dated this 15th day of November, 2022.

                */s/ Marc R. Edelman*
                Marc R. Edelman
                (*Pro Hac Vice* Admission)
                Morgan & Morgan, P.A.
                201 N. Franklin Street, Suite 700
                Tampa, FL 33602
                medelman@forthepeople.com
                *Attorney for Plaintiff*

                Brian C. Winfrey
                TN Bar No. 02576
                Morgan & Morgan, P.A.
                810 Broadway, Suite 105
                Nashville, TN 37203

1

BWinfrey@forthepeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2022, I electronically filed the Plaintiff's Motion for Final Approval of Class Action Settlement with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

Stephen J. Bumgarner
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, Alabama 35203
sbumgarner@maynardcooper.com

*/s/ Marc R. Edelman*
COUNSEL