UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY LEE MILES, JR., on behalf of himself and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ONIN STAFFING, LLC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   No. 3:21-cv-00275<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to the Order dated May 31, 2022 (Doc. No. 77), the Court convened a hearing for final approval of the Settlement Agreement on December 16, 2022 at 9:00 a.m. Defense counsel appeared. Plaintiffs' counsel did not. For the reasons stated on the record, the Court rules as follows:

1. Plaintiffs' counsel shall obtain a copy of the transcript of December 16, 2022;

2. Plaintiffs' Unopposed Motion for Attorney Fees and Costs, Service Award and Payment to Settlement Administrator (Doc. No. 81) is **DENIED WITHOUT PREJUDICE**; and

3. Plaintiffs' Unopposed Motion for Settlement of Class Action (Doc. No. 82) is **RESERVED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE