UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BOBBY LEE MILES, JR., on behalf of himself and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ONIN STAFFING, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 3:21-cv-00275<br>)<br>)<br>)<br>)<br>) |

## ORDER

The Court will conduct an in-person hearing on the Joint Motion for Approval of Mailed Notice of Class Action Settlement (Doc. No. 86), on **February 13, 2023**, at 2:00 p.m. Counsel of record must attend. Plaintiffs' counsel shall read and comply with the instructions of the Court in Doc. No. 84. Plaintiffs' counsel shall make filing so that the Court can rule on Plaintiffs' motion for approval of class settlement, motion for attorney fees, costs, service award and the class administrator no later than noon on **February 8, 2023.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE