# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BOBBY LEE MILES, JR., on behalf of himself and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | No. 3:21-cv-00275 ) ) ) |
| ONIN STAFFING, LLC, | ) ) |
| Defendant. | ) ) |

## ORDER

This class action case under the Fair Credit Reporting Act is before the Court on Plaintiffs' Motions for Final Approval of the Class Action Motion Settlement, Attorney Fees and Costs, Service Award to the lead Plaintiff, Bobby Lee Miles, Jr., and payment to the Settlement Administrator. (Doc. Nos. 82 and 88). The Defendant, Onin Staffing, LLC does not oppose the motions. On December 16, 2022, the Court convened a hearing on the motions. There were no objections to the motions at the hearing.

Based upon the entire record the Court finds as follows:

1. The parties have reached a settlement providing compensation to the following class:

> All applicants and employees in the United States who were subject to and harmed by an adverse employment action (including, but not limited to, the failure to hire, wrongful termination of employment, wrongful dismissal, or wrongful reassignment) based in whole or in part on their background report but to whom Defendant did not first provide notice and a copy of the background report during the Covered Period from April 4, 2017 through March 23, 2022.

2. The Settlement Agreement, among other items, creates a settlement fund up to $350,000.00. Notice has been given to class members and 80 valid claims were received. No class member objected or opted-out of the Settlement Agreement.

3. The Court finds the Settlement Agreement to be fair, adequate and reasonable.

4. Bobby Lee Miles, Jr., served as the lead class member and requests a service award of either $4,500.00 (Doc. No. 88 at 15-17), but he fails to provide a sufficient factual basis to approve such an award, accordingly his request is **DENIED WITHOUT PREJUDICE**.

5. Plaintiffs' counsel requests an attorney fee award of one-third of the settlement fund of $350,000.00 or $115,500.00 based upon a percentage of the settlement and lodestar calculations that the Court finds to be reasonable, appropriate and is **APPROVED.**

6. Plaintiffs' counsel request to reimburse American Legal Claims Service, LLC for class administration notice and costs is **APPROVED** in the total amount of $11,488.00.

7. Plaintiffs' counsel request a reimbursement of costs in the amount of $2,195.75 that the Court finds reasonable and is **APPROVED**.

8. The Joint Motion for Approval of Mailed Notice of Class Action Settlement (Doc. No. 86) is **GRANTED.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE